IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ADAM ELIZALDI,<br><br>　　　Petitioner,<br><br>vs.<br><br>SCOTT P. RAWERS,<br><br>　　　Respondent.　　　　　　　　／ | 1:03-cv-06945 TAG HC<br><br>ORDER DENYING CERTIFICATE<br>OF APPEALABILITY |

　　　Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On March 29, 2007, the Magistrate Judge, the case having been referred to the Magistrate Judge for all purposes, filed an order denying the amended petition (Doc. 9) on the merits. (Doc. 26). The Clerk of the Court entered judgment against Petitioner and in favor of Respondent on March 29, 2007. (Doc. 27). Subsequently, Petitioner filed a motion for reconsideration (Doc. 38), which was denied by the Court. (Doc. 42). On September 15, 2008, Petitioner filed a Notice of Appeal. (Doc. 44). Although no express request was made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate. See Fed. R.App. P. 22(b); United States v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997).

　　　The requirement that a petitioner seek a certificate of appealability is a gate-keeping mechanism that protects the court of appeals from having to devote resources to frivolous issues, while at the same time affording petitioners an opportunity to persuade the court that, through full

1  briefing and argument, the potential merit of claims may appear.  Lambright v. Stewart, 220 F.3d

2  1022, 1025 (9th Cir. 2000).  However, a state prisoner seeking a writ of habeas corpus has no

3  absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed

4  in certain circumstances.  Miller-El v. Cockrell, 537 U.S. 322, 335-336, 123 S. Ct. 1029 (2003).  The

5  controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
>
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
>
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
>     (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
>     (B) the final order in a proceeding under section 2255.
>   (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
>   (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

16  Accordingly, final orders issued by a federal district court in habeas corpus proceedings are

17  reviewable by the circuit court of appeals, and, in order to have final orders reviewed, a petitioner

18  must obtain a certificate of appealability.  28 U.S.C. § 2253.  This Court will issue a certificate of

19  appealability when a petitioner makes a substantial showing of the denial of a constitutional right.

20  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that

21  "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have

22  been resolved in a different manner or that the issues presented were 'adequate to deserve

23  encouragement to proceed further'."  Slack v. McDaniel, 529 U.S. 473, 483-484, 120 S. Ct. 1595

24  (2000) (quoting Barefoot v. Estelle, 463 U.S. 880, 893, and n.4, 103 S. Ct. 3383 (1983)).

25  In the present case, the Court finds that Petitioner has not made the required substantial

26  showing of the denial of a constitutional right to justify the issuance of a certificate of appealability.

27  ///

1 | Reasonable jurists would not find it debatable that Petitioner has not shown an entitlement to federal
2 | habeas corpus relief.
3 |     Accordingly, the Court hereby ORDERS that Petitioner's request for a certificate of
4 | appealability is DENIED.
5 |
6 | IT IS SO ORDERED.
7 | Dated:  **September 23, 2008**                     /s/ **Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE